**03-40287**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

| | |
|---|---|
| In Re:   Merrimac Paper Company, et al v. Harrison et al | Chapter 11<br>Adversary Proceeding 03-04181<br>Judge Joel B. Rosenthal |

2003 DEC 17  P 3: 21

U.S. DISTRICT COURT
DISTRICT OF MASS.

## CLERK'S CERTIFICATION FOR TRANSMITTAL
## OF RECORD ON APPEAL

I, JAMES M. LYNCH, Clerk of the United States Bankruptcy Court for the District of Massachusetts, do hereby certify that the annexed documents are copies of the original papers as described in the accompanying Designation of Record and constitute the Record on Appeal in the case entitled and numbered **Merrimac Paper Company, Inc. v. Ralph Harrison, Alan Eggert, #03-4181** .

IN TESTIMONY WHEREOF, I HEREUNTO SET MY HAND AND AFFIX THE SEAL OF THIS COURT, AT WORCESTER , IN THE DISTRICT OF MASSACHUSETTS, THIS 17th DAY OF DECEMBER .

Date: 12/17/03

James M. Lynch
Clerk, U.S. Bankruptcy Court



By the Court,

Joanne M. Ryan

Deputy Clerk
(508) 770-8921

---

Receipt of the documents in the above-entitled case as described in the Designation of Record is hereby acknowledged this 17th day of December, 2003

This case has been assigned No. 03-40287 .

Kathy H assith
DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(Western Division)

03-40287

FILING FEE PAID

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| MERRIMAC PAPER COMPANY, INC. ) | Case No. 03-41477 through |
| et al. ) | 03-41479-JBR |
| ) | Jointly Administered |
| ) | |
| *Debtors* ) | |
| ) | |
| MERRIMAC PAPER COMPANY, INC., ) | |
| ) | |
| Plaintiff ) | Adv. Proc. No. 03-4181 |
| v. ) | |
| ) | |
| RALPH HARRISON, ) | |
| ALAN EGGERT ) | |
| ) | |
| Defendants ) | |

U.S. BANKRUPTCY COURT
WORCESTER, MA.
2007 NOV 17 A 10: [illegible]
FILED IN CLERK'S OFFICE

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN, that William L. Provost, Jr. appeals, under 28 U.S.C. Section 158, from the Memorandum of Decision On Plaintiff's Motion For Partial Summary Judgment And Objections To Confirmation Of The first Amended Joint Plan Of Reorganization, As Modified and the related judgment, order or decree of the United States Bankruptcy Judge Joel B. Rosenthal entered in this bankruptcy action and adversary proceeding on the 7th day of November 2003, and entered as amended as a separate and final judgment on the 12th day of November 2003.

The names of all parties to the Order appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:

ENTERED ON DOCKET 11/17/03
38

FILING FEE PAID

Harold B. Murphy
Andrew G. Lizotte
(Counsel to the Debtor/
  Appellee)
Hanify & King
One Boston Street
Boston, MA 02108
Tel.: (617) 423-0400

Charles R. Dale, III
(Counsel to Official Committee
  of Unsecured Creditors)
Gadsby & Hannah LLP
225 Franklin Street
Boston, MA 02110
Tel.: (617) 345-7000

Robert J. Shea
(Counsel to Eggert and Harrison)
Rudolph Friedman LLP
92 State Street
Boston, MA 02109
Tel.: (617) 723-7700

Peter N. Baylor
(Counsel to Mary Logan)
Nutter McClennen & Fish LLP
Word Trade Center West
155 Seaport Boulevard
Boston, MA 02110-2604
Tel.: (617) 439-2390

Office of the United States Trustee
600 Main Street, Suite 200
Worcester, Massachusetts 01608
Tel.: (617) 793-0553

James F. Wallack
Goulston & Storrs
400 Atlantic Avenue
Boston, Massachusetts 02110
Tel.: (617) 482-1776

WILLIAM L. PROVOST, JR.

By his Attorneys
HOLLAND & KNIGHT LLP

Dated: November 14, 2003

_____
Christopher J. McCarty (#567522)
One Financial Plaza
Providence, Rhode Island 02903
(401) 751-8500
(401) 553-6850 (fax)

    If a Bankruptcy Appellate Panel Service is authorized to hear this appeal, each party has a right to have the appeal heard by the district court. The appellant may exercise this right only by filing a separate statement of election at the time of the filing of this notice of appeal. Any other party my elect, within the time provided in 28 U.S.C. §158(c), to have the appeal heard by the district court.

# 1366837_v1

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(Western Division)

FILED
IN CLERK'S OFFICE

2003 NOV 17 A 10: 12

U.S. BANKRUPTCY COURT
WORCESTER, MA.

| | |
|---|---|
| *In re:* | |
| MERRIMAC PAPER COMPANY, INC. et al. | Chapter 11<br>Case No. 03-41477 through 03-41479-JBR<br>Jointly Administered |
| *Debtors* | |
| MERRIMAC PAPER COMPANY, INC., | |
| Plaintiff | Adv. Proc. No. 03-4181 |
| v. | |
| RALPH HARRISON, ALAN EGGERT | |
| Defendants | |

## APPELLANT ELECTION FORM

Appeal of the Memorandum of Decision On Plaintiff's Motion For Partial Summary Judgment And Objections To Confirmation Of The first Amended Joint Plan Of Reorganization, As Modified (Doc. No.25) and the related judgment, order or decree of the United States Bankruptcy Judge Joel B. Rosenthal entered in this bankruptcy action and adversary proceeding on the 7th day of November 2003 (Doc. No. 26) and entered as amended as a separate and final judgment on the 12th day of November 2003 (Doc. No. 33).

**APPELLANT**
William L. Provost, Jr.

Attorney
Christopher J. McCarty
Holland & Knight LLP
One Financial Plaza
Suite 1800
Providence, RI  02903

**APPELLEE**
Merrimac Paper Company, Inc.

Attorney
Harold B. Murphy
Andrew G. Lizote
Hanify & King
One Beacon Street
Boston, MA  02108

ENTERED ON DOCKET 11/17/03

39

\_\_\_\_\_ I ELECT TO HAVE THIS APPEAL HEARD BY THE BANKRUPTCY APPELLATE PANEL FOR THE FIRST CIRCUIT.

\_\_X\_\_ I ELECT TO OPT OUT OF THE BANKRUPTCY APPELLATE PANEL FOR THE FIRST CIRCUIT AND REQUEST THAT THIS APPEAL BE HEARD BY THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS.

William l. Provost, Jr.

By his Attorneys
HOLLAND & KNIGHT LLP

Dated: November 14, 2003

_____
Christopher J. McCarty (567522)
One Financial Plaza, Suite 1800
Providence, Rhode Island 02903
(401) 751-8500
(401) 553-6850 (fax)

# 1369446_v1

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(Western Division)

```
FILED
CLERK'S OFFICE

2003 NOV 17 A 10: 12

U.S. BANKRUPTCY COURT
WORCESTER, MA.
```

| | |
|---|---|
| *In re:* | |
| MERRIMAC PAPER COMPANY, INC. et al. | Chapter 11<br>Case No. 03-41477 through<br>03-41479-JBR<br>Jointly Administered |
| *Debtors* | |
| MERRIMAC PAPER COMPANY, INC., | |
| Plaintiff | Adv. Proc. No. 03-4181 |
| v. | |
| RALPH HARRISON,<br>ALAN EGGERT | |
| Defendants | |

## CERTIFICATE OF SERVICE

I, Christopher J. McCarty, a partner with the law firm of Holland & Knight LLP, One Financial Plaza, Providence, Rhode Island 02903, hereby certify that on this 14th day of November, 2003, true copies of the Notice Of Appeal and Appellant's Election Form filed contemporaneously herewith on behalf of William L. Provost, Jr. were served via first class mail, postage prepaid, upon the parties listed below:

Harold B. Murphy
Andrew G. Lizotte
Hanify & King
One Boston Street
Boston, MA  02108

Charles R. Dale, III
Gadsby & Hannah LLP
225 Franklin Street
Boston, MA  02110

Robert J. Shea
Rudolph Friedman LLP
92 State Street
Boston, MA  02109

Peter N. Baylor
Nutter McClennen & Fish LLP
Word Trade Center West
155 Seaport Boulevard
Boston, MA  02110-2604

Office of the United States Trustee
600 Main Street, Suite 200
Worcester, Massachusetts 01608

James F. Wallack
Goulston & Storrs
400 Atlantic Avenue
Boston, Massachusetts 02110

# 1370500_v1

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

---

In Re:   Merrimac Paper Company, et al v. Harrison et al       Chapter 11
                                                               Adversary Proceeding 03-04181
                                                               Judge Joel B. Rosenthal

---

## NOTICE OF FILING OF APPEAL TO DISTRICT COURT

A Notice of Appeal and an Election to have the appeal heard in the United States District Court were filed on **NOVEMBER 17, 2003** in the above case/proceeding.

Please refer to 28 U.S.C. § 158(c)(1), Federal Rule of Bankruptcy Procedure 8001 et seq., and Local Rule 203 of the U.S. District Court. Also, pursuant to Federal Rule of Bankruptcy Procedure 8006 the Appellant must file with the Clerk of this Court, a Designation of the Record on Appeal and a Statement of the Issues to be presented on Appeal, within ten (10) days of the filing of the:

      1. Notice of Appeal, or
      2. Entry of an Order granting leave to appeal, or
      3. Entry of an Order disposing of the last timely motion outstanding of a type specified in Rule 8002(b),

whichever is **later.**

A copy of the Designation and Statement shall be served by the Appellant on the Appellee.

The Appellee may file a Designation of Additional Papers to be included in the Record on Appeal within ten (10) days after service of the Appellant's Designation and Statement.

Upon the filing of Designation(s) of Record and Statement of Issues on Appeal, the Appellant (and Appellee if additional papers have been designated) shall, provide the Clerk with copies of all papers which have been designated for inclusion in the Record on Appeal within twenty-five (25) days of the issuance of this notice.

It is the duty of the parties to insure that the Record on Appeal is complete. The Clerk of the Bankruptcy Court will transmit the Record on Appeal as assembled by the parties.

Date: 11/17/03                                                 James M. Lynch
                                                               Clerk, U.S. Bankruptcy Court


                                                               By the Court,

                                                               Anne C. Harmon
                                                               Deputy Clerk
                                                               (508) 770-8913

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(Western Division)

| | |
|---|---|
| In re:<br><br>MERRIMAC PAPER COMPANY, INC.<br>et al.<br><br>*Debtors* | Chapter 11<br>Case No. 03-41477 through<br>03-41479-JBR<br>Jointly Administered |
| MERRIMAC PAPER COMPANY, INC.,<br><br>Plaintiff<br>v.<br><br>RALPH HARRISON,<br>ALAN EGGERT<br><br>Defendants | Adv. Proc. No. 03-4181 |

## DESIGNATION OF RECORD ON APPEAL

1. Voluntary Chapter 7 Petition, all Schedules Of Assets And Liabilities And Statement Of Financial Affairs (Doc. #1 Case No. 03-41477);

2. First Amended Disclosure Statement (Doc. #225 Case No. 03-41477);

3. Order Approving First Amended Disclosure Statement (Doc. No. 225 Case No. 03-41477);

4. Second Amended Chapter 11 Plan (Doc # 317 Case No. 03-41477);

5. Order Confirming Second Amended Joint Reorganization Chapter 11 Plan Doc. # 314 Case No. 03-41477);

6. Objection By Creditor William L. Provost, Jr. To First Amended Joint Reorganization Plan Filed By Merrimac Paper Company, Inc. (Doc. # 272 Case No. 03-41477);

7. Objection By Creditors Allan R. Eggert and Ralph Harrison To First Amended Joint Reorganization Plan Filed By Merrimac Paper Company, Inc. (Doc. # 271 Case No. 03-41477);

8. Objection By Creditor Mary Logan To First Amended Joint Reorganization Plan Filed By Merrimac Paper Company, Inc. (Doc. # 288 Case No. 03-41477);

9. Memorandum of Decision on Plaintiff's Motion For Partial Summary Judgment and Objections To Confirmation of First Amended Joint Plan of Reorganization, as Modified (Doc. # 309 Case No. 03-41477);

10. Order Regarding Motion For Partial Summary Judgment Filed By Plaintiff Merrimac Paper Company, Inc. (Doc. # 26 in Adv. Proc. # 03-04181);

11. Amended Final Judgment Under Fed. R. Bankr. P. 7054(b) On Counts I, III, IV, and VI.

12. Notice of Appeal Filed By William L. Provost, Jr. (Doc. # 38 in Adv.Proc. # 03-04181);

13. Election of Appeal To District Court Filed By Interested Party William L. Provost, Jr. (Doc. # 39 in Adv. Proc. # 03-04181);

14. Statement of Issues On Appeal, dated November 26, 2003, filed by William L. Provost, Jr.;

15. November 5, 2003 and November 7, 2003, Transcript of Hearing, before the Honorable Joel B. Rosenthal, on Objections To Confirmation Of First Amended Joint Plan of Reorganization.

WILLIAM L. PROVOST, JR.

By his Attorneys
HOLLAND & KNIGHT LLP

Dated: November 26, 2003

_____
Christopher J. McCarty (#567522)
One Financial Plaza
Providence, Rhode Island 02903
(401) 751-8500
(401) 553-6850 (fax)

# 1402455_v1

3

APPEAL

## United States Bankruptcy Court
## District of Massachusetts (Worcester)
## Adversary Proceeding #: 03-04181

*Assigned to:* Judge Joel B. Rosenthal
*Related BK Case:* 03-41477
*Related BK Title:* Merrimac Paper Company, Inc.
*Demand:* $543000
*Nature of Suit:* 454

*Date Filed:* 06/20/03

### Plaintiff

------------------------

**Merrimac Paper Company, et al**     represented by   **Andrew G. Lizotte**
Hanify & King, PC
One Beacon Street
Boston, MA 02108
(617) 423-0400
Fax : (617)556-8985
Email: jxs@hanify.com

**James F. Wallack**
Goulston & Storrs, PC
400 Atlantic Ave.
Boston, MA 02110-3333
(617) 482.1776
Email: jwallack@goulstonstorrs.com

**Rafael Klotz**
Goulston & Storrs
400 Atlantic Avenue
Boston, MA 02110
(617) 574-3572
Email: rklotz@goulstonstorrs.com

Certified to be a true and correct copy of the original
James M. Lynch, Clerk
U.S. Bankruptcy Court
District of Massachusetts
By: _____
Deputy Clerk
Date: 12/17/03

V.

### Defendant

------------------------

**Ralph Harrison**     represented by   **Robert J. Shea**
Rudolph Friedman, LLP
92 State St.
Boston, MA 02109
(617) 723-7700

**Thomas P. Smith**

|  | Caffrey & Smith, P.C.<br>300 Essex Street<br>Lawrence, MA 01840<br>(978) 686-6151 |
|---|---|
| Alan Eggert | represented by **Jeffrey B. Renton**<br>Gilbert & Renton LLC<br>23 Main St.<br>Andover, MA 01810<br>(978) 475-7580<br><br>**Robert J. Shea**<br>(See above for address) |

| Filing Date | # | Docket Text |
|---|---|---|
| 06/20/2003 | 1 | 454 (Recover Money/Property): 435 (To Determine Validity, Priority, or Extent of a Lien): 457 (To Subordinate any Allowed Claim or Interest) Complaint by Merrimac Paper Company, et al against Ralph Harrison , Alan Eggert . Receipt Number 00551772, Fee Amount $150 (hrc, USBC) (Entered: 06/20/2003) |
| 06/23/2003 | 2 | Summons Issued on Alan Eggert AND Ralph Harrison. Answer Due 7/23/2003. (jr , ) (Entered: 06/23/2003) |
| 06/25/2003 | 3 | Status Conference Scheduled RE: 1 454 (Recover Money/Property): 435 (To Determine Validity, Priority, or Extent of a Lien): 457 (To Subordinate any Allowed Claim or Interest) Complaint by Merrimac Paper Company, et al against Ralph Harrison and Alan Eggert. A STATUS CONFERENCE WILL BE HELD IN THE ABOVE ADVERSARY PROCEEDING ON JULY 31, 2003 AT 10:30 AM IN COURTROOM NUMBER 3. (jr , ) (Entered: 06/25/2003) |
| 06/27/2003 | 4 | Summons Service Executed on Robert J. Shea, Esq. for Alan Eggert and Ralph Harrison on 6/26/2003. (jr , ) (Entered: 06/30/2003) |
| 07/01/2003 | 5 | Certificate of Service Re: 3 Hearing Scheduled Filed by Andrew Lizotte. (jr , ) (Entered: 07/01/2003) |
| 07/25/2003 | 6 | Answer of Alan Eggert and Ralph Harrison to Complaint for Subordination of Claims, Avoidance of Liens and Recovery of Property; and Jury Demand. c/s (jr , ) (Entered: 07/28/2003) |
| 07/25/2003 | 7 | Motion to Withdraw the Reference of LR D.Mass. 201 with Respect to this Adversary Proceeding Filed by Defendants Alan Eggert and Ralph Harrison with Memorandum of Law. c/s (jr , ) (Entered: 07/28/2003) |

| 07/25/2003 | 8 | Exhibits Binder Re: 7 Motion to Withdraw Reference Filed by Defendants Alan Eggert and Ralph Harrison. c/s (jr , ) (Entered: 07/28/2003) |
|---|---|---|
| 07/28/2003 | 9 | Clerk's Notice of Fees Due Re: 7 Motion to Withdraw the Reference of LR D.Mass. 201 with Respect to this Adversary Proceeding Filed by Defendants Alan Eggert and Ralph Harrison with Memorandum of Law. Fee due by 8/7/2003. (jr , ) (Entered: 07/28/2003) |
| 07/31/2003 |  | Receipt Number 512898, Fee Amount $75 Re: 9 Clerk's Notice of Fees Due. (jr , ) (Entered: 08/06/2003) |
| 08/11/2003 |  | Hearing Held Re: 1 454 (Recover Money/Property): 435 (To Determine Validity, Priority, or Extent of a Lien): 457 (To Subordinate any Allowed Claim or Interest) Complaint by Merrimac Paper Company, et al against Ralph Harrison , Alan Eggert. (jr , ) (Entered: 08/11/2003) |
| 08/11/2003 | 10 | Order: STATUS CONFERENCE HELD. (jr , ) (Entered: 08/11/2003) |
| 08/11/2003 | 11 | Assented to Motion Filed by Plaintiff Merrimac Paper Company, et al to Amend 1 454 (Recover Money/Property): 435 (To Determine Validity, Priority, or Extent of a Lien): 457 (To Subordinate any Allowed Claim or Interest) Complaint by Merrimac Paper Company, et al against Ralph Harrison and Alan Eggert. c/s (jr , ) (Entered: 08/13/2003) |
| 08/13/2003 | 12 | Amended Complaint by Merrimac Paper Company, et al against Alan Eggert and Ralph Harrison Re: 1 454 (Recover Money/Property): 435 (To Determine Validity, Priority, or Extent of a Lien): 457 (To Subordinate any Allowed Claim or Interest) Complaint by Merrimac Paper Company, et al. (jr , ) (Entered: 08/13/2003) |
| 08/21/2003 | 13 | Transmittal to District Court of 7 Motion to Withdraw the Reference of LR D.Mass. 201 with Respect to this Adversary Proceeding Filed by Defendants Alan Eggert and Ralph Harrison with Memorandum of Law. (ach) Additional attachment(s) added on 9/2/2003 (ach, ). (Entered: 08/21/2003) |
| 08/21/2003 | 14 | Endorsed Order Granting 11 Assented to Motion Filed by Plaintiff Merrimac Paper Company, et al to Amend 1 454 (Recover Money/Property): 435 (To Determine Validity, Priority, or Extent of a Lien): 457 (To Subordinate any Allowed Claim or Interest) Complaint by Merrimac Paper Company, et al against Ralph Harrison and Alan Eggert. ALLOWED. (jr , ) (Entered: 08/22/2003) |
| 10/08/2003 | 15 | Answer to Plaintiff's First Amended Complaint for Subordination of |

| | | |
|---|---|---|
| | | Claims, Avoidance of Liens and Recovery of Property; and Jury Demand Filed by Alan Eggert and Ralph Harrison. c/s (jr , ) (Entered: 10/15/2003) |
| 10/15/2003 | 17 | Motion For Partial Summary Judgment Filed by Plaintiff Merrimac Paper Company, et al. c/s (jr , ) (Entered: 10/16/2003) |
| 10/15/2003 | 18 | Statement of Umdisputed Facts Relating to 17 Motion For Partial Summary Judgment Filed by Plaintiff Merrimac Paper Company, et al. c/s (jr , ) (Entered: 10/16/2003) |
| 10/15/2003 | 19 | Memorandum In Support of 17 Motion For Partial Summary Judgment Filed by Plaintiff Merrimac Paper Company, et al. c/s (jr , ) (Entered: 10/16/2003) |
| 10/16/2003 | 16 | Pre-Trial Order Re: 1 Complaint filed by Plaintiff Merrimac Paper Company, et al). Joint Pre-Trial Memorandum due by 2/12/2004. Discovery due by 1/13/2004. Rule 26(f) Due 11/28/03. (jr , ) (Entered: 10/16/2003) |
| 10/23/2003 | 20 | Hearing Scheduled Re: 17 Motion For Partial Summary Judgment Filed by Plaintiff Merrimac Paper Company, et al. Objections due by 10/31/2003 at 12:00 PM. Hearing scheduled for 11/5/2003 at 01:30 PM Worcester Courtroom 3. (jr , ) (Entered: 10/23/2003) |
| 10/27/2003 | 21 | Certificate of Service Re: 20 Hearing Scheduled Re: 17 Motion For Partial Summary Judgment Filed by Plaintiff Merrimac Paper Company, et al Filed by Andrew Lizotte. (jr, usbc) (Entered: 10/27/2003) |
| 10/31/2003 | 22 | Opposition of Defendants Alan Eggert and Ralph Harrison Re: 17 Motion For Partial Summary Judgment Filed by Plaintiff Merrimac Paper Company, et al. c/s (jr, usbc) (Entered: 10/31/2003) |
| 10/31/2003 | 23 | Response by Defendants Alan Eggert and Ralph Harrison To 18 Plaintiff's Statement of Umdisputed Facts Relating to 17 Motion For Partial Summary Judgment Filed by Plaintiff Merrimac Paper Company, et al. c/s (jr, usbc) (Entered: 10/31/2003) |
| 10/31/2003 | 24 | Affidavit of Thomas P. Smith Re: 22 Opposition of Defendants Alan Eggert and Ralph Harrison Re: 17 Motion For Partial Summary Judgment Filed by Plaintiff Merrimac Paper Company, et al. c/s (jr, usbc) (Entered: 10/31/2003) |
| 11/07/2003 | 25 | Memorandum of Decision Re: 17 Motion For Partial Summary Judgment Filed by Plaintiff Merrimac Paper Company, et al. (jr, usbc) (Entered: 11/07/2003) |

| 11/07/2003 | 26 | Order Regarding 17 Motion For Partial Summary Judgment Filed by Plaintiff Merrimac Paper Company, et al. See Order For Full Text. (jr, usbc) (Entered: 11/07/2003) |
|---|---|---|
| 11/10/2003 | 27 | Notice of Pre-Trial Conference Re: 1 454 (Recover Money/Property): 435 (To Determine Validity, Priority, or Extent of a Lien): 457 (To Subordinate any Allowed Claim or Interest) Complaint by Merrimac Paper Company, et al against Ralph Harrison and Alan Eggert. A PRE-TRIAL CONFERENCE WILL BE HELD IN THE ABOVE ADVERSARY PROCEEDING ON JANUARY 22, 2004 AT 10:00 AM. (jr, usbc) (Entered: 11/10/2003) |
| 11/10/2003 |  | Pre-Trial Conference set for 1/22/2004 at 10:00 AM at Worcester Courtroom 3 Re: 1 454 (Recover Money/Property): 435 (To Determine Validity, Priority, or Extent of a Lien): 457 (To Subordinate any Allowed Claim or Interest) against Ralph Harrison and Alan Eggert, Complaint by Merrimac Paper Company, et al. (jr, usbc) (Entered: 11/10/2003) |
| 11/10/2003 | 28 | Motion for Entry of Seperate and Final Judgment Under Fed.R.Bank.P. 7054(b) Filed by Defendants Alan Eggert and Ralph Harrison. c/s (jr, usbc) (Entered: 11/10/2003) |
| 11/10/2003 | 29 | Motion For Expedited Determination Re: 28 Motion for Entry of Seperate and Final Judgment Under Fed.R.Bank.P. 7054(b) Filed by Defendants Alan Eggert and Ralph Harrison. c/s (jr, usbc) (Entered: 11/10/2003) |
| 11/11/2003 | 30 | Response (To: 28 Motion filed by Defendant Ralph Harrison, Defendant Alan Eggert) *For Entry Of Separate And Final Judgment with Certificate of Service* by Plaintiff Merrimac Paper Company, et al Re: 28 Miscellaneous Motion filed by Defendant Ralph Harrison, Defendant Alan Eggert (Lizotte, Andrew) (Entered: 11/11/2003) |
| 11/12/2003 | 31 | Order Granting 29 Motion For Expedited Determination Re: 28 Motion for Entry of Seperate and Final Judgment Under Fed.R.Bank.P. 7054(b) Filed by Defendants Alan Eggert and Ralph Harrison. See Order For Full Text. (jr, usbc) (Entered: 11/12/2003) |
| 11/12/2003 | 32 | Final Judgment Under Fed.R.Bankr.P. 7054(b) on Counts I,III,IV, and VI. See Judgment For Full Text. (jr, usbc) (Entered: 11/12/2003) |
| 11/12/2003 | 33 | Amended 32 Final Judgment Under Fed.R.Bankr.P. 7054(b) on Counts I,III,IV, and VI. See Judgment For Full Text. (jr, usbc) (Entered: 11/12/2003) |
| 11/14/2003 | 34 | Notice of Appeal Filed by Defendants Alan Eggert and Ralph |

| | | |
|---|---|---|
| | | Harrison Re: 26 Order Regarding 17 Motion For Partial Summary Judgment Filed by Plaintiff Merrimac Paper Company, et al. Appellant Designation due by 11/24/2003. Complied Records Due by 12/9/2003. Transmission of Designation Due by 12/15/2003. (jr, usbc) (Entered: 11/14/2003) |
| 11/14/2003 | 35 | Election of Appeal to District Court Filed by Defendants Alan Eggert and Ralph Harrison Re: 34 Notice of Appeal Filed by Defendants Alan Eggert and Ralph Harrison Re: 26 Order Regarding 17 Motion For Partial Summary Judgment Filed by Plaintiff Merrimac Paper Company, et al. (jr, usbc) (Entered: 11/14/2003) |
| 11/14/2003 | 36 | Notice of Appeal to District Court Re: 34 Notice of Appeal Filed by Defendants Alan Eggert and Ralph Harrison Re: 26 Order Regarding 17 Motion For Partial Summary Judgment Filed by Plaintiff Merrimac Paper Company, et al. (jr, usbc) (Entered: 11/14/2003) |
| 11/14/2003 | 37 | Clerk's Notice of Fees Due Re: 34 Notice of Appeal Filed by Defendants Alan Eggert and Ralph Harrison Re: 26 Order Regarding 17 Motion For Partial Summary Judgment Filed by Plaintiff Merrimac Paper Company, et al. Fee due by 11/24/2003. (jr, usbc) (Entered: 11/14/2003) |
| 11/17/2003 | 38 | Notice of Appeal . Receipt Number 516008, Fee Amount $255 Filed by Interested Party William L. Provost Jr. (RE: 33 Amended Final Judgment and 26 Order on Motion For Summary Judgment). Appellant Designation due by 11/28/2003. Complied Records Due by 12/12/2003. Transmission of Designation Due by 12/17/2003. (ach, usbc) (Entered: 11/17/2003) |
| 11/17/2003 | 39 | Election of Appeal to District Court Filed by Interested Party William L. Provost Jr. (RE: 38 Notice of Appeal Filed by Interested Party William L. Provost Jr. (RE: 33 Amended Final Judgment and 26 Order on Motion For Summary Judgment)). (ach, usbc) (Entered: 11/17/2003) |
| 11/17/2003 | 40 | Notice of Appeal to District Court RE: 38 Notice of Appeal . Receipt Number 516008, Fee Amount $255 Filed by Interested Party William L. Provost Jr. (RE: 33 Amended Final Judgment and 26 Order on Motion For Summary Judgment). (ach, usbc) (Entered: 11/17/2003) |
| 11/17/2003 | 41 | Motion For Amendment of 26 Judgment Entered on November 7, 2003 Filed by Creditor Mary K Logan. c/s. (ach, usbc) (Entered: 11/18/2003) |
| 11/17/2003 | 42 | Motion For Amendment of Confirmation Order Entered November 7, 2003 or for Alternative Relief Filed by Creditor Mary K Logan. c/s. (ach, usbc) (Entered: 11/18/2003) |

| | | |
|---|---|---|
| 11/21/2003 | 46 | Appellant Designation of Contents For Inclusion in Record On Appeal Filed by Alan Eggert and Ralph Harrison RE: 34 Notice of Appeal Filed by Defendants Alan Eggert and Ralph Harrison Re: 26 Order Regarding 17 Motion For Partial Summary Judgment Filed by Plaintiff Merrimac Paper Company, et al. (jr, usbc) Modified on 12/4/2003 to Correct Linkage to Notice of Appeal #34. (jr, usbc). (Entered: 12/01/2003) |
| 11/21/2003 | 47 | Statement of Issues Filed by Defendants Alan Eggert and Ralph Harrison Re: 34 Notice of Appeal. (jr, usbc) Modified on 12/4/2003 to Correct Linkage to Notice of Appeal #34. (jr, usbc). (Entered: 12/01/2003) |
| 11/24/2003 | 43 | Supplement (Supplying Excerpts from Official Transcript) to 41 Motion For Amendment of 26 Judgment Entered on November 7, 2003 Filed by Creditor Mary K Logan. c/s (jr, usbc) (Entered: 11/24/2003) |
| 11/24/2003 | 44 | Decision and Order Regarding Motion for Amendment of Judgment (#41) filed by Creditor Mary K Logan. FOR THE FOREGOING REASONS, THE MOTION IS HEREBY DENIED. See Order For Full Text. (jr, usbc) (Entered: 11/24/2003) |
| 11/24/2003 | 45 | Decision and Order Regarding Motion for Amendment of Confirmation Order (#42) filed by Creditor Mary K Logan. FOR THE FOREGOING REASONS, THE MOTION IS HEREBY DENIED. See Order For Full Text. (jr, usbc) (Entered: 11/24/2003) |
| 11/26/2003 | 52 | Appellant Designation of Contents For Inclusion in Record On Appeal Filed by William L. Provost Jr. Re: 38 Notice of Appeal Filed by William L. Provost Jr. Re: 33 Amended Final Judgment and 26 Order on Motion For Summary Judgment. Appellee designation due by 12/8/2003. c/s (jr, usbc) (Entered: 12/04/2003) |
| 11/26/2003 | 53 | Statement of Issues Filed by William L. Provost Jr. Re: 38 Notice of Appeal Filed by William L. Provost Jr. Re: 33 Amended Final Judgment and 26 Order on Motion For Summary Judgment. c/s (jr, usbc) (Entered: 12/04/2003) |
| 12/01/2003 | 48 | Notice of Appearance and Request for Notice *and Substitution of Counsel* by Rafael Klotz. Filed by Plaintiff Merrimac Paper Company, et al (Klotz, Rafael) (Entered: 12/01/2003) |
| 12/01/2003 | 49 | Appellee Designation of Contents for Inclusion in Record of Appeal Filed by Plaintiff Merrimac Paper Company, et al (RE: 34 Notice of Appeal,, 38 Notice of Appeal, ). (Klotz, Rafael) (Entered: 12/01/2003) |
| | | |

| 12/01/2003 | 50 | Certificate of Service (Re: 48 Notice of Appearance, 49 Appellee Designation). Filed by Plaintiff Merrimac Paper Company, et al (Klotz, Rafael) (Entered: 12/01/2003) |
|---|---|---|
| 12/02/2003 |  | Receipt Number 516265, Fee Amount $5.00 Re: 37 Clerk's Notice of Fees Due Re: 34 Notice of Appeal. (jr, usbc) (Entered: 12/02/2003) |
| 12/04/2003 | 51 | Transcript of Hearing Held RE: 17 Motion for Summary Judgment filed by Plaintiff Merrimac Paper Company, et al . (ld, usbc) (Entered: 12/04/2003) |
| 12/08/2003 | 54 | Notice *of Filing of Designated Item Number Two to Appellees' Designation of Additional Items to be Included in the Record on Appeal (Docket No. 49)* Filed by Plaintiff Merrimac Paper Company, et al. (Attachments: # 1 Exhibit 1- (cover page to page 41)# 2 Exhibit 1- (pages 41-80)# 3 Exhibit 1- (pages 81-119)# 4 Certificate of Service)(Klotz, Rafael) (Entered: 12/08/2003) |
| 12/15/2003 | 55 | Transmittal of Record on Appeal to U.S. District Court Re: 34 Notice of Appeal Filed by Defendants Alan Eggert and Ralph Harrison Re: 26 Order Regarding 17 Motion For Partial Summary Judgment Filed by Plaintiff Merrimac Paper Company, et al. (jr, usbc) (Entered: 12/15/2003) |
| 12/15/2003 | 56 | Notice of Docketing Record on Appeal. Civil Action Number: 03-40282 Re: 34 Notice of Appeal Filed by Defendants Alan Eggert and Ralph Harrison Re: 26 Order Regarding 17 Motion For Partial Summary Judgment Filed by Plaintiff Merrimac Paper Company, et al. (jr, usbc) (Entered: 12/15/2003) |
| 12/15/2003 | 57 | Assented To Motion *to Continue Generally the Remaining Proceedings Pending the Outcome of the Appeal with c/s* Filed by Plaintiff Merrimac Paper Company, et al (Klotz, Rafael) (Entered: 12/15/2003) |
| 12/17/2003 | 58 | Transmittal of Record on Appeal to U.S. District Court Re: 38 Notice of Appeal Filed by William L. Provost Jr. Re: 33 Amended Final Judgment and 26 Order on Motion For Summary Judgment. (jr, usbc) (Entered: 12/17/2003) |