UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
(Worcester)

FILED
CLERKS OFFICE

2003 DEC 29  A 9: 41

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| *In re:* <br><br> MERRIMAC PAPER COMPANY, INC., et al. <br><br>――――――――――――――― <br> WILLIAM L. PROVOST, JR., <br><br> Appellant <br> V. <br><br> MERRIMAC PAPER COMPANY, INC., *et al.* <br><br> Appellee | BANKRUPTCY APPEAL <br><br> CIVIL ACTION NO. 03-40287-NMG |

## APPELLANT'S MOTION TO DISMISS APPEAL

Now comes, William L. Provost, Jr., the Appellant in the above captioned matter, and hereby moves this Honorable Court for entry of an Order dismissing the within appeal.

Respectfully submitted,

WILLIAM L. PROVOST, JR.
By his Attorneys

HOLLAND & KNIGHT LLP

Dated: December 22, 2003

_____
Christopher J. McCarty (#567522)
One Financial Plaza
Providence, Rhode Island 02903
(401) 751-8500
(401) 553-6850 (fax)

## Certification Of Service

    I, Christopher J. McCarty, a partner with the law firm of Holland & Knight LLP, One Financial Plaza, Providence, Rhode Island 02903, hereby certify that on this 22nd day of December 2003, true copies of the foregoing motion were served via first class mail, postage prepaid, upon Raphael Klotz, Esquire, Goulston & Storrs, 400 Atlantic Avenue Boston, Massachusetts 02110; and Andrew G. Lizotte, Esquire Hanify & King One Beacon Street Boston, Massachusetts 02108.

\# 1475944_v1